# Court of Appeals
# of the State of Georgia

ATLANTA,  March 31, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1630.  EDDIE CLARK v. THE STATE.**

In 2014, Eddie Clark pled guilty to felony murder, armed robbery, and aggravated assault, for which he was sentenced to life imprisonment plus twenty years.  After the trial court denied his pro se motion for out-of-time appeal, Clark appealed to this Court.  We, however, lack jurisdiction.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8).  Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court.  See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).  Accordingly, Clark's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/31/2020_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*